U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 11 2022

KEVIN P. WEIMER, Clerk
By:

Division: Newnan
(USAO: 2022R00026)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Coweta

DISTRICT COURT NO. 3:22CR0003

MAGISTRATE CASE NO.

X Indictment
DATE: January 11, 2022

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
TIMOTHY CRAIG MITCHELL

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   X Yes   No
**Is the defendant in custody on this charge or other conviction?**   On another conviction
**Is the defendant awaiting trial on other charges?**   Yes   X No
   Other charges:
   Name of institution:

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Ryan K Buchanan
Defense Attorney: