IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

UNITED STATES OF AMERICA

v.

TIMOTHY CRAIG MITCHELL

Criminal Action No.

3:22-CR-3

### Government's Motion for Leave to Dismiss

Because Defendant Timothy Craig Mitchell was convicted by the State of Georgia subsequent to the return of the Indictment in this case and faces a lengthy state term of imprisonment, the Government prays leave of Court to dismiss the Indictment that was filed in this case, Criminal Action No. 3:22-CR-3, on January 11, 2022. The Defendant has not made an initial appearance or been arraigned in federal court on these charges.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

By:  Bret R. Hobson
     *Assistant United States Attorney*
     Georgia Bar No. 882520
     Bret.Hobson@usdoj.gov

---

### Order

Now, to-wit, on the _____ day of _____, 2022, upon motion of the United States Attorney, the above leave to dismiss is granted on such terms as are contained in the Government's motion herein above.

WILLIAM M. RAY II
UNITED STATES DISTRICT JUDGE